1  Tammy B. Webb (SBN 227593)
   tbwebb@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
3  San Francisco, California  94104
   Telephone:  (415) 544-1900
4  Facsimile:  (415) 391-0281

5  Steven A. Zalesin (Admitted *pro hac vice*)
   sazalesin@pbwt.com
6  PATTERSON BELKNAP WEBB & TYLER LLP
   1133 Avenue of the Americas
7  New York, New York 10036-6710
   Telephone:   (212) 336-2000
8  Facsimile:    (212) 336-2222

9

   Attorneys for Defendants
10 THE COCA-COLA COMPANY and
   COCA-COLA REFRESHMENTS USA, INC.
11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13

14 | AYANNA NOBLES and JULIA HUGHES, individually and on behalf of all others similarly situated, | Case No. 3:13-cv-05017-SI |
15 | | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT AND REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |
16 | Plaintiffs, | |
17 | v. | |
18 | COCA-COLA REFRESHMENTS USA, INC., and THE COCA-COLA COMPANY | |
19 | | Judge: Hon. Susan Illston |
20 | Defendants. | |

("PROPOSED" is shown struck through.)

23   Pursuant to Civil Local Rule 6.1(b), Plaintiffs Ayanna Nobles and Julia Hughes ("Plaintiffs")
24 and Defendants The Coca-Cola Company and Coca-Cola Refreshments USA, Inc., ("Defendants")
25 (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:
26   WHEREAS, on November 18, 2013, Defendants filed a motion to relate case with
27 *Engurasoff v. The Coca-Cola Company, et al.,* Case No. 3:13-cv-03990-JSW ("*Engurasoff*") (Dkt.
28 No. 10);

1    WHEREAS, as set forth in that motion, Plaintiff's Complaint arises from the same set of operative facts as the *Engurasoff* complaint;

WHEREAS, Defendants filed a motion to dismiss in *Engurasoff* on November 22, 2013;

WHEREAS, Defendants believe that Plaintiff's Complaint is not legally viable for the same reasons asserted in its motion to dismiss in the *Engurasoff* action; WHEREAS, the deadline for Defendants to answer or otherwise move with respect to the Complaint is currently December 30, 2013;

WHEREAS, the Initial Case Management Conference is currently set for February 5, 2014;

WHEREAS, no other time modifications have been made to this case, whether by stipulation or court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective attorneys of record that:

1. The deadline for Defendants to respond to the Complaint is extended to two weeks after a ruling is entered on the motion to dismiss filed in *Engurasoff v. The Coca-Cola Company, et al.*, Case No. 3:13-cv-03990-JSW, currently set to be heard on February 21, 2014.

2. The Initial Case Management Conference currently set for February 5, 2014 shall be continued to a later date, after a decision is made on the *Engurasoff* motion to dismiss.

Dated: December 19, 2013        By:    */s/ Reginald Von Terrell*
                                       Reginald Von Terrell
                                       Attorneys for Plaintiffs


Dated: December 19, 2013        By:    */s/ Tammy B. Webb*____
                                       Tammy B. Webb
                                       Attorneys for Defendants


Pursuant to L.R. 5-11(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

                                By:    */s/ Tammy B. Webb*____
                                       Tammy B. Webb

**[PROPOSED] ORDER**

The Court hereby orders that:

1. Defendants' response to the Complaint will be due two weeks after the decision is made on the motion to dismiss in *Engurasoff, et al. v. The Coca-Cola Company, et al.*, Case No. 3:13-cv-03990-JSW.

2. The Initial Case Management Conference set for February 5, 2014 is continued to 3/21/14 @ 2:30 P.M. _____.

**IT IS SO ORDERED.**

Dated: 12/19/13                                              _____
                                                             THE HONORABLE SUSAN ILLSTON
                                                             UNITED STATES DISTRICT COURT JUDGE