Tammy B. Webb (SBN 227593)
tbwebb@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

Steven A. Zalesin (Admitted *pro hac vice*)
sazalesin@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for Defendants
THE COCA-COLA COMPANY and
COCA-COLA REFRESHMENTS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYANNA NOBLES and JULIA HUGHES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COCA-COLA REFRESHMENTS USA, INC., and THE COCA-COLA COMPANY<br><br>Defendants. | Case No. 3:13-cv-05017-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Judge: Hon. Jeffrey S. White |

Pursuant to Paragraph 4 of the Civil Standing Orders of the Honorable Jeffrey S. White and Rules 6-1(b), 6-2, and 16-2(d) of the Civil Local Rules for the United States District Court for the Northern District of California, Plaintiffs Ayanna Nobles and Julia Hughes ("Plaintiffs") and Defendants The Coca-Cola Company and Coca-Cola Refreshments USA, Inc., ("Defendants") (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

1   WHEREAS, on December 4, 2013, the Parties received notice from the Court continuing the
2   Initial Case Management Conference from January 31, 2014, to February 5, 2014 (Dkt. 12);

3   WHEREAS, on December 20, 2013, the Honorable Susan Ilston continued the Initial Case
4   Management Conference from February 5, 2014, to March 21, 2014 (Dkt. 16);

5   WHEREAS, on December 20, 2013, the Honorable Susan Ilston extended the deadline for
6   Defendants to respond to Plaintiffs' Complaint to two weeks after the Court renders a decision on
7   the defendants' Motion to Dismiss Plaintiffs' Amended Complaint in *Engurasoff, et al. v. The Coca-*
8   *Cola Company, et al.,* Case No. 3:13-cv-03990-JSW (Dkt. No. 16);

9   WHEREAS, on December 30, 2013, the Court deemed *Engurasoff* and *Nobles* as related
10  matters (Dkt. No. 17);

11  WHEREAS, on December 30, 2013, the Honorable Jeffrey S. White reset the March 21,
12  2014 Initial Case Management Conference to February 21, 2014 (Dkt. 18), the same date on which
13  the hearing on defendants' Motion to Dismiss Plaintiffs' Amended Complaint in *Engurasoff* was
14  scheduled to be heard (*see Engurasoff* Dkt. 35);

15  WHEREAS, on February 10, 2014, the Initial Case Management Conference and hearing on
16  defendants' Motion to Dismiss Plaintiffs' Amended Complaint in *Engurasoff* was continued to April
17  18, 2014 (*Engurasoff* Dkt. 40);

18  WHEREAS, the Parties have met and conferred to continue the Initial Case Management
19  Conference in this case to the date on which the Initial Case Management Conference in *Engurasoff*
20  is reset;

21  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through
22  their respective attorneys of record that:

23  1. Pursuant to the Court's continuance of the *Engurasoff* Initial Case Management
24     Conference (*see Engurasoff* Dkt. 40), the *Nobles* Initial Case Management Conference
25     shall be continued from February 21, 2014 to April 18, 2014, at 11:00 a.m..

2

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:13-cv-05017-JSW

278500 v2

2. Pursuant to ADR Local Rule 3-5, the deadline to meet and confer regarding ADR process selection, to file the ADR Certification, and to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be March 28, 2014.

Dated: February 10, 2014      By:    */s/ Reginald Von Terrell*
Reginald Von Terrell
Attorneys for Plaintiffs

Dated: February 10, 2014      By:    */s/ Tammy B. Webb*
Tammy B. Webb
Attorneys for Defendants

Pursuant to L.R. 5-11(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By:    */s/ Tammy B. Webb*
Tammy B. Webb

**[PROPOSED] ORDER**

The Court hereby orders that:

1. The Initial Case Management Conference set for February 21, 2014 is continued to April 18, 2014 at 11:00 a.m.

2. Parties shall meet and confer regarding ADR process selection, file the ADR Certification, and file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference by no later than March 28, 2014.

**IT IS SO ORDERED.**

Dated: __February 12, 2014__      _____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

4

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:13-CV-05017-JSW

278500 v2