UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COCA-COLA PRODUCTS MARKETING AND SALES PRACTICES LITIGATION (II)<br><br>**This document relates to:**<br><br>*Nobles v. Coca-Cola Refreshments USA, Inc.*, 13-cv-5017-JSW<br><br>*Rankin v. Coca-Cola Company*, et al., 14-cv-4274-JSW | Case No.   14-md-02555-JSW<br><br>**ORDER TO SHOW CAUSE** |

The Court has received Defendants' motion for summary judgment. In that motion, Defendants contend that Plaintiffs Mary Rankin and Ayanna Nobles have not responded to discovery requests. Although Defendants assert that Plaintiffs have represented that these actions will be discontinued, Plaintiffs have not dismissed the actions. In addition, Plaintiffs have not disputed the assertion that Ms. Rankin and Ms. Nobles failed to respond to discovery requests.

Accordingly, Ms. Rankin and Ms. Nobles are HEREBY ORDERED TO SHOW CAUSE as to why their complaints should not be dismissed for failure to prosecute. Ms. Noble's and Ms. Rankin's responses to this Order to Show Cause shall be due by no later than December 11, 2015. Failure to file a timely response to this Order to Show Cause shall result in dismissal of their claims without prejudice.

**IT IS SO ORDERED.**

Dated: November 24, 2015

_____
JEFFREY S. WHITE
United States District Judge