UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COCA-COLA PRODUCTS MARKETING AND SALES PRACTICES LITIGATION (II)<br><br>**This document relates to:**<br><br>*Nobles v. Coca-Cola Refresments USA, Inc.*, et al., 13-cv-5017-JSW | Case No.  14-md-02555-JSW<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On November 24, 2015, the Court issued an Order to Show Cause directing Plaintiff Plaintiffs Mary Rankin and Ayanna Nobles to show cause why their cases should not be dismissed for failure to prosecute.  Plaintiffs' responses to the Order to Show Cause were due on December 11, 2015, and the Court stated that failure to file a timely response would result in the dismissal of their claims without prejudice.

Ms. Rankin filed a stipulation of dismissal on December 11, 2015.  However, Ms. Nobles did not file a timely response to the Order to Show Cause.  Accordingly, the Court HEREBY DISMISSES Ms. Noble's claims without prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41.

The Clerk shall terminate Ms. Nobles from case 14-md-02555 and shall close the file in case 13-cv-5017.

**IT IS SO ORDERED.**

Dated: December 14, 2015

_____
JEFFREY S. WHITE
United States District Judge